# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157563 & (116)(117)(118)(119)(120)(122)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JONATHAN ERNEST MANWELL,
Defendant-Appellant.

SC: 157563
COA: 333916
Macomb CC: 2015-002139-FC

_____/

By order of November 26, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the February 22, 2018 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. The motion to amend the defendant's reply brief is GRANTED. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Parts III and IV of the judgment of the Court of Appeals regarding the testimony of the Children's Protective Services worker and Detective Newman, and we REMAND this case to the Court of Appeals for reconsideration in light of *People v Thorpe*, 504 Mich 230 (2019), and *People v Harbison*, 504 Mich 230 (2019). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motions for documents, to challenge transcripts, for discovery, to compel testimony, and to remand are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020



Clerk

s0624